IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-001 |
| v. | INFORMATION |
| RALEIGH JOHN POTTER, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | T. 18 U.S.C. § 922(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(False Statement During Purchase of a Firearm)**

On or about July 6, 2022, in the Southern District of Iowa, the defendant, RALEIGH JOHN POTTER, in connection with the acquisition of a firearm, namely, a Glock, model 44, .22 LR caliber pistol, with serial number AGTT624, from Fleet Farm in Ankeny, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 10, that his current residence was at 1903 6th Ave, Des Moines, IA 50314; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Unlawful User in Possession of a Firearm)**

On or about November 17, 2023, in the Southern District of Iowa, the defendant, RALEIGH JOHN POTTER, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded CZ, model Scorpion EVO 3 S1, nine-millimeter pistol, with serial number B767664; and

2. a loaded Palmetto State Armory, model PSAK-47, 7.62x39mm rifle, with serial number AKB018963.

At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1 and/or 2 of this Information, the defendant, RALEIGH JOHN POTTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, firearm parts, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, firearm parts, and ammunition identified in Counts 1 and 2 of this Information.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Richard D. Westphal
United States Attorney

By: *[signature: KMHerrera]*

Kristin M. Herrera
Assistant United States Attorney